IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARSHA MANNING            PLAINTIFF

V.            CASE NO.: 1:19-cv-00169-SA-RP

FOOD GIANT SUPERMARKETS, INC.;
AND JOHN DOE 1            DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the joint Motion *ore tenus* of Plaintiff, Marsha Manning and Defendant, Food Giant Supermarkets, Inc., to dismiss this action against the Defendant with prejudice. After being fully advised in the premises, and these parties having reached a full and final compromise regarding this dispute, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's claims against the Defendant are hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 12th day of May, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Approved and Agreed:

_____
JAMES R. FRANKS
ATTORNEY FOR PLAINTIFF

s/Richard L. Kimmel
_____
RICHARD L. KIMMEL
ATTORNEY FOR DEFENDANT